AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>RAYMOND ANDREW LAMADRID<br><br>_Defendant(s)_ | )<br>)<br>)  Case No. 6:24-mj- 1966<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 16, 2024__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography in Foreign Commerce |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Alberto Rosa, Special Agent, HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: September 17, 2024

_Judge's signature_

City and state: Orlando, FL

ROBERT M. NORWAY, U.S. MAGISTRATE JUDGE
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Alberto Rosa, being duly sworn, do hereby state the following:

1. This affidavit is submitted in support of a criminal complaint against Raymond Andrew LAMADRID for a violation of 18 U.S.C. § 2252A(a)(1) (Transportation of Child Pornography). As set forth in more detail below, there is probable cause to believe that, on September 16, 2024, LAMADRID knowingly transported child pornography in interstate or foreign commerce.

2. I am a Special Agent (SA) employed with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so employed since February 2024. I am currently assigned to the Orlando, Florida, office of HSI. My duties include the enforcement of federal criminal statutes, including but not limited to Titles 8, 18, 19, 21, and 31 of the United States Code. I am a law enforcement officer of the United States within the meaning of 19 U.S.C. § 1401(i) and am empowered to investigate and make arrests for violations of United States criminal laws within the meaning of 18 U.S.C. § 2510(7). I was previously employed as a SA with the Social Security Administration, Office of the Inspector General, Office of Investigations ("SSA/OIG/OI"), from October 2022 to February 2024. As a SA with SSA/OIG/OI, I was responsible for the enforcement of federal criminal statutes including, but not limited to, Titles 18 and Title 42 of the United States Code. I was the case agent on multiple investigations involving Social Security benefit fraud. Prior to becoming a SA with SSA/OIG/OI, I was a SA with

HSI from December 2016 to October 2022, primarily conducting child exploitation investigations during that time. Before becoming a SA in 2016, I worked for DHS, Customs and Border Protection, U.S. Border Patrol as a Border Patrol Agent for approximately three years.

3. My formal education includes a Bachelor's degree in the Administration of Justice from the Pennsylvania State University. Through numerous advanced law enforcement training programs, I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have participated in training courses for the investigation and enforcement of child pornography laws in which computers, smartphones, or other electronic devices are used as the means for receiving, transmitting, and storing child pornography.

4. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including violations of 18 U.S.C. §§ 2251, 2252 and 2252A. Additionally, I have authored and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

2

## PROBABLE CAUSE STATEMENT

6. On September 13, 2024, an HSI Special Agent from Bowling Green, KY contacted HSI Orlando Special Agents and relayed the following: HSI Bowling Green, KY served a federal search warrant for Snapchat user "coruscant25" and subsequently learned that Snapchat user "coruscant25" received and distributed CSAM. Snapchat also provided the phone number xxx-xxx-0115 and email coruscant20@gmail.com that were associated to Snapchat user "corsucant25." Further investigation revealed that the phone number xxx-xxx-0115 returned to LAMADRID.

7. On September 16, 2024, LAMADRID flew from Punta Cana, Dominican Republic to Orlando, in the Middle District of Florida, via the Orlando International Airport (MCO). Upon his arrival to the United States, LAMADRID was subject to inspection and was referred to secondary inspection. During secondary, LAMADRID and the phone found on his person were detained pending an interview and review of the phone

8. Subsequently, HSI Special Agent(s) responded to MCO, mirandized, and interviewed LAMADRID. LAMADRID made the following *post-Miranda* statements: LAMADRID stated that his phone number was xxx-xxx-0115 and that he had the same phone number for approximately 20 years. LAMADRID stated that one of his emails was coruscant15@gmail.com, and that he had that email for approximately 5 years. LAMADRID stated that his Snapchat username was

3

"coruscant25" and that he had the Snapchat account for approximately 10 years. LAMADRID stated that he accesses Snapchat on a daily basis.

9. Pursuant to a border search, HSI Special Agent(s) reviewed LAMADRID's phone and observed at least 30 videos that meet the federal definition of child pornography. HSI Special Agent(s) observed three particular videos that depicted CSAM described as follows: the first video depicted a prepubescent female child, approximately 10-12 years of age, exposing her genitals to the camera. The video was downloaded from Telegram on September 4, 2024, and was saved in the iPhone photo album hidden folder. The second video depicted a 9-11 years of age prepubescent female child rubbing a blue toothbrush on her genitals. The video was downloaded from Telegram on August 25, 2024, and was saved in the iPhone photo album hidden folder. The third video depicted an 8–10 years of age prepubescent female exposing and touching her genitals. The video was downloaded from Telegram on August 25, 2024, and was saved in the iPhone photo album hidden folder.

10. HSI Special Agent(s) interviewed LAMADRID's spouse, who was traveling with LAMADRID. LAMADRID's spouse stated that LAMADRID is the only person who accesses his phone. LAMADRID's spouse also stated that on August 25, 2024, and September 4, 2024, both LAMADRID and herself were in Missouri, where they both reside.

## CONCLUSION

11. Based on the above, I submit that there is probable cause that on September 16, 2024, LAMADRID knowingly transported child pornography in interstate or foreign commerce when he traveled from the Dominican Republic to the United States.

_____
Alberto Rosa, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence.

Date: September 17, 2024

_____
ROBERT M. NORWAY,
U.S. MAGISTRATE JUDGE

5